No. 4254.—CALCERRADA, aplte., v. AMERICAN RAILROAD Co. OF PORTO RICO., apda.—C. D. Arecibo. Daños y perjuicios. Mayo 25, 1927. Vista la petición jurada del apelante, la declaración, también jurada, que con ella se acompaña y nuestras decisiones en los casos de *Díaz* v. *Porto Rico Railway, Light & Power Co.* y de *Pagán* v. *Pagán,* 32 D. P.R., 95 y 642, se concedió al mismo un término de cinco días para que presente en la corte inferior la transcripción taquigráfica de la evidencia para su apelación.

No. 3165.—PUEBLO, apdo., v. VÉLEZ, aplte.—C. D. Ponce. Infracción Ley Nacional de Prohibición. Mayo 31, 1927.

POR CUANTO el apelante fué convicto dos veces, primero en la corte municipal y luego, después de un juicio de nuevo, en la corte de distrito por infracción al título II, sección 3ª de la Ley Nacional de .Prohibición, consistente en haber vendido un cuarto de pinta aproximadamente de alcohol;

POR CUANTO el único error señalado es que la prueba es insuficiente para sostener los hechos alegados en la acusación; y,

POR CUANTO después de un examen de dicha prueba, a la luz del argumento contenido en el alegato del apelante, no encontramos que se haya cometido error manifiesto en la apreciación hecha de la misma por el juez sentenciador;

POR TANTO se confirma la sentencia apelada.